FILED

06/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0196

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 22-0196

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BO JEFFREY SKELTON,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

Dated this 3rd day of June, 2022

Chief Justice